AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

December 16, 2022

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Carlos Munoz | ) | Case No. 7:22-MJ-02411-1 |
| COC: USA | ) | |
| DOB: 1981 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 28, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC Section 2422(b) | Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

/s/ Daron Hines
*Complainant's signature*

Authorized by AUSA Michael Mitchell 12/16/22

Daron Hines, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

Date: **December 16, 2022 at 8:48 p.m.**

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Hon. J. Scott Hacker
*Printed name and title*

Attachment "A"

On December 13, 2022, Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) received an investigative referral from the National Center of Missing and Exploited Children (NCMEC). The referral stated that the York County Sheriff's Office (YCSO) in South Carolina received information regarding the online enticement of a 14-year-old minor child (hereinafter referred to as minor victim #1 "MV1"). The YCSO reported that MV1 sent nude images to a man in Texas claiming to be a 19-year-old adult male. YCSO investigated and completed a series of reports. A mobile telephone number led RGV CEITF to identify Juan Carlos MUNOZ, a 41-year-old adult male, as a suspect.

On December 16, 2022, RGV CEITF, with the assistance of the La Joya Independent School District Police Department (ISDPD), contacted MUNOZ at Palmview High School in Palmview, Texas. MUNOZ is employed as a special education teacher at Palmview Highschool. MUNOZ stated that he has been employed as a special education teacher for 14 years. RGV CEITF escorted MUNOZ to the La Joya ISDPD for an interview. In a post Miranda interview, MUNOZ admitted to soliciting MV1 for sexually explicit images and videos via several online social media applications. MUNOZ stated that he believed MV1 to be 11 to 12 years-of-age. MUNOZ told SAs that over the last three years he has solicited over 50 minor children via the internet for nude images and video. MUNOZ told RGV CEITF that he would masturbate over video chat while directing the children to perform sexually explicit acts. Coercing and enticing MV1 to send sexually explicit images through the use of online social media, would constitute receipt of child pornography, which is a violation of 18 United States Code Section 2252A(a)(2)(A).